1  [*Submitting Counsel on Signature Page*]

2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                        **SAN FRANCISCO DIVISION**

11

| 12 | IN RE: JUUL LABS, INC., MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02913-WHO |
|---|---|---|
| 13 | | **JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |
| 14 | | |
| 15 | This Document Relates to: | |
| 16 | *Robin Bain, individually and as the legal Guardian of her minor child, B.B. v. Juul Labs, Inc., et al.*, Case No. 20-cv-07174-WHO, ECF No. 2299-B3 | |

19
20
21
22
23
24
25
26
27
28

1  The parties, to this action, through their counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the Dismissal with Prejudice of Defendants James Monsees, Adam Bowen, Hoyoung Huh, Nicholas Pritzker, and Riaz Valani from the action captioned as *Robin Bain, individually and as the legal Guardian of her minor child, B.B. v. Juul Labs, Inc., et al.*, Case No. 20-cv-07174-WHO, with each party to bear its own attorney's fees and costs.

Dated:  December 29, 2021

Respectfully submitted,

By: */s/ Renee Smith*

Renee D. Smith (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
300 N. LaSalle
Chicago, IL 60654
Telephone: (312) 862-2310

By: */s/ Sarah London*

Sarah R. London
**LIEFF CABRASER HEIMANN & BERNSTEIN LLP**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone:  (415) 956-1000

By: */s/ Gregory Stone*

Gregory P Stone, SBN 78329
Bethany W. Kristovich, SBN 241891
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:     (213) 683-9100

*Attorneys for Defendant Juul Labs, Inc.*

By: */s/ Dena Sharp*

Dena C. Sharp
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800

By: */s/ John C. Massaro*

John C. Massaro (admitted pro hac vice)
Jason A. Ross (admitted pro hac vice
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave., N.W.
Washington D.C.  20001
john.massaro@arnoldporter.com

*Attorneys for Defendants Altria Group, Inc. and Philip Morris USA Inc.*

By: */s/ Dean Kawamoto*

Dean Kawamoto
**KELLER ROHRBACK L.L.P.**
1201 Third Ave., Ste. 3200
Seattle, WA 98101
Telephone:  (206) 623-1900

1

JOINT STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE
Case No.: 19-md-02913-WHO

| | |
|---|---|
| By: */s/ Eugene Illovsky* | By: */s/ Ellen Relkin* |
| Eugene Illovsky<br>Martha Boersch<br>Matthew Dirkes<br>**BOERSCH & ILLOVSKY LLP**<br>1611 Telegraph Ave., Suite 806<br>Oakland, CA 94612<br>Telephone: (415) 500-6643<br>eugene@boersch-illovsky.com<br>martha@boersch-illovsky.com<br>matt@boersch-illovsky.com<br><br>*Attorneys for Defendant Adam Bowen* | Ellen Relkin<br>**WEITZ & LUXENBERG**<br>700 Broadway<br>New York, NY 10003<br>Telephone: (212) 558-5500<br><br>*Co-Lead Counsel for Plaintiffs* |

By: */s/ Michael J. Guzman*

Mark C. Hansen
Michael J. Guzman
David L. Schwartz
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
Sumner Square, 1615 M St., N.W., Suite 400
Washington, DC 20036
Telephone: (202) 326-7910
mguzman@kellogghansen.com

*Attorneys for Defendants Nicholas Pritzker, Riaz Valani, and Hoyoung Huh*

By: */s/ James Kramer*_____

James Kramer
Roland Chang
**ORRICK HERRINGTON & SUTCLIFFE LLP**

The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone: (415) 773-5700
jkramer@orrick.com
rdchang@orrick.com

*Attorneys for Defendant James Monsees*

**PURSUANT TO STIPULATION AND GOOD CAUSE SHOWING:** Defendants James Monsees, Adam Bowen, Hoyoung Huh, Nicholas Pritzker, and Riaz Valani are DISMISSED WITH PREJUDICE from the action captioned as *Robin Bain, individually and as the legal Guardian of her minor child, B.B. v. Juul Labs, Inc., et al.*, Case No. 20-cv-07174-WHO, with each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: January 3, 2022

HONORABLE WILLIAM H. ORRICK
United States District Judge

2338986.1

3

JOINT STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE
Case No.: 19-md-02913-WHO