| | | |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):<br>none , none<br>Keller Rohrback LLP<br>1201 3rd Avenue, Suite 3200<br>Seattle, WA 98101<br>ATTORNEY FOR (Name): Plaintiff | TELEPHONE NO.:<br>206) 623-1900 Ext 2257<br>Ref. No. or File No.<br>32581-4 | FOR COURT USE ONLY |
| Insert name of court, judicial district or branch court, if any:<br>United States District Court, Western District of Washington<br>Washington, WA NA | | |
| PLAINTIFF:<br>La Conner School District | | |
| DEFENDANT:<br>Juul Labs, Inc., et al | | |

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>19-cv-1600 |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons, Class Action Complaint Jury Trial Demanded, Civil Case Cover Sheet

2. Party Served: Altria Group Distribution Company c/o CT Corporation Systems

3. Person Served: Jessica Fitzgerald-CT Corporation Systems Authorized Agent - Person Authorized to Accept Service of Process

4. Date & Time of Delivery: 10/11/2019 3:15PM

5. Address, City and State: 4701 Cox Rd., Ste. 285
Glen Allen, VA 23060

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 40

**Not a registered California process server.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Michael S. Beasley
One Legal - 194-Marin
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954
415-491-0606

Signature: ______________________
Michael S. Beasley

OL# 13882934