

[*Submitting Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION

Case No. 19-md-02913-WHO

**JOINT STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE**

This Document Relates to:

*ROBERTO PESCE v. JUUL LABS, INC., et al,*

The undersigned parties jointly stipulate and agree, subject to the Court's approval, to the briefing schedule in bellwether personal injury plaintiff Roberto Pesce's case set forth in the proposed order attached hereto as **Exhibit A**.  In support thereof, the parties state as follows:

WHEREAS, the parties previously agreed, as stated in the Case Management Statement filed on December 2, 2021, to extend the briefing deadlines related to summary judgment and *Daubert* in the Pesce case (ECF No. 2593),

WHEREAS, the parties have agreed to a briefing schedule for the Pesce case of February 9, 2022 for opening summary judgment and *Daubert* motions; March 18, 2022 for oppositions; and April 1, 2022 for replies;

WHEREAS, while the parties recognize that the Court's December 6, 2021 Minute Order referenced *Daubert* motions and a hearing date for both the B.B. and Pesce bellwether trials (ECF No. 2611), the parties seek clarification on whether the Court is amenable to the above agreed-upon extension of dates.

NOW THEREFORE, the parties, through their undersigned counsel, hereby stipulate, agree and respectfully request that the Court enter an Order in the form as attached hereto as **Exhibit A**, as may be modified and approved by the Court.

JOINT STIPULATION AND [~~PROPOSED~~]
ORDER REGARDING BRIEFING SCHEDULE

1    Dated: December 9, 2021                 Respectfully submitted,

2

3    By: /s/ Renee D. Smith                  By: /s/ Sarah R. London

4    Renee D. Smith (*pro hac vice*)         Sarah R. London
     James F. Hurst (*pro hac vice*)         **LIEFF CABRASER HEIMANN &**
5    **KIRKLAND & ELLIS LLP**                **BERNSTEIN**
6    300 N. LaSalle                          275 Battery Street, Fl. 29
     Chicago, IL 60654                       San Francisco, CA 94111
7    Telephone: (312) 862-2310               Telephone:  (415) 956-1000

8
     By: /s/ Peter A. Farrell                By: /s/ Dena C. Sharp
9
10   David M. Bernick (*pro hac vice*)       Dena C. Sharp
     Peter A. Farrell (*pro hac vice*)       **GIRARD SHARP LLP**
11   **KIRKLAND & ELLIS LLP**                601 California St., Suite 1400
     1301 Pennsylvania Ave, N.W.             San Francisco, CA 94108
12   Washington, D.C. 20004                  Telephone: (415) 981-4800
     Telephone: (202) 389-5959
13
                                             By: /s/ Dean Kawamoto
14   By: /s/ Gregory P. Stone
15   Gregory P Stone, SBN 78329              Dean Kawamoto
     Bethany W. Kristovich, SBN 241891       **KELLER ROHRBACK L.L.P.**
16   **MUNGER, TOLLES & OLSON LLP**          1201 Third Ave., Ste. 3200
     350 South Grand Avenue                  Seattle, WA 98101
17   Fiftieth Floor                          Telephone:  (206) 623-1900
     Los Angeles, California 90071-3426
18   Telephone:     (213) 683-9100
                                             By: /s/ Ellen Relkin
19   *Attorneys for Defendant Juul Labs, Inc.*
20                                           Ellen Relkin
                                             **WEITZ & LUXENBERG**
21                                           700 Broadway
                                             New York, NY 10003
22                                           Telephone: (212) 558-5500

23                                           *Co-Lead Counsel for Plaintiffs*

24

25

26

27

28

**Priv**
**..**

JOINT STIPULATION AND [~~PROPOSED~~]
ORDER REGARDING BRIEFING SCHEDULE

1

2    By: /s/ John C. Massaro                    By: /s/ James Kramer

3    **ARNOLD & PORTER KAYE SCHOLER**          **ORRICK HERRINGTON &**
     **LLP**                                    **SUTCLIFFE LLP**
4
     John C. Massaro (admitted pro hac vice)    James Kramer
5    Jason A. Ross (admitted pro hac vice)      Roland Chang
     601 Massachusetts Ave., N.W.               The Orrick Building
6    Washington D.C.  20001                     405 Howard Street
     Telephone:   (202) 942-5000                San Francisco, CA  94105-2669
7    Facsimile:  (202) 942-5999                 Telephone: (415) 773-5700
     john.massaro@arnoldporter.com              jkramer@orrick.com
8    Jason.ross@arnoldporter.com                rdchang@orrick.com

9    *Attorneys for Defendants Altria Group, Inc.*   *Attorneys for Defendant James Monsees*
     *and Philip Morris USA Inc.*
10

11   By: /s/ Eugene Illovsky                    By: /s/ Michael J. Guzman

12   **BOERSCH & ILLOVSKY LLP**                 **KELLOGG, HANSEN, TODD, FIGEL &**
                                                **FREDERICK, P.L.L.C.**
13   Eugene Illovsky
     Martha Boersch                             Mark C. Hansen
14   Matthew Dirkes                             Michael J. Guzman
     1611 Telegraph Ave., Suite 806             David L. Schwartz
15   Oakland, CA 94612                          Sumner Square, 1615 M St., N.W., Suite 400
     Telephone: (415) 500-6643                  Washington, DC 20036
16   eugene@boersch-illovsky.com                Telephone: (202) 326-7910
     martha@boersch-illovsky.com                mguzman@kelloghansen.com
17   matt@boersch-illovsky.com

18   *Attorneys for Defendant Adam Bowen*       *Attorneys for Defendants Nicholas Pritzker,*
                                                *Riaz Valani, and Hoyoung Huh*
19

20

21

22

23

24

25

26

27

28

**Priv**
**..**

**EXHIBIT A: ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

The Case Schedule is hereby amended as follows: Opening briefs for *Daubert* motions and motions for summary judgment in Roberto Pesce's case shall be due February 9, 2022; opposition briefs shall be due March 18, 2022; and reply briefs shall be due April 1, 2022.

Date: December 10, 2021

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge