*[Submitting Counsel on Signature Page]*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 19-MD-02913-WHO |
| This Document Relates to:<br>ALL ACTIONS | **NOTICE OF WITHDRAWAL OF JOHN WORTH** |

## NOTICE OF CHANGE IN COUNSEL

PLEASE TAKE NOTICE THAT, pursuant to Local Civil Rule 5-1(c)(2), John Worth withdraws as attorney of record for Defendant Juul Labs, Inc., in the above-captioned litigation, and respectfully requests that his name be removed from all applicable service lists, including Notices of Electronic Filing. All other attorneys of record at the law firm of Kirkland & Ellis LLP will continue to represent Defendant in this matter.

DATED this 25th day of May, 2022.

Respectfully submitted,

By: /s/ *John Worth*
John Worth
Kirkland & Ellis LLP
300 N LaSalle
Chicago IL, 60654
Telephone: (312) 862-3838
Facsimile: (312) 862-2200
*jworth@kirkland.com*

*Attorney for Defendant Juul Labs, Inc.*

**CERTIFICATE OF SERVICE**

I, Jesse Lee Reising, hereby certify that on May 25, 2022, I electronically filed **NOTICE OF WITHDRAWAL OF JOHN WORTH** with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

/s/ *John Worth*
John Worth